UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 25cr10096 |
| ) | |
| v. ) | Violation: |
| ) | |
| ANGEL LUIS MORALES TORRES, ) | Count One: Damage, Disabling, or |
| ) | Destruction of Aircraft |
| Defendant ) | (18 U.S.C. § 32(a)(1)) |
| ) | |

## INDICTMENT

### COUNT ONE
Damage, Disabling, or Destruction of Aircraft
(18 U.S.C. § 32(a)(1))

The Grand Jury charges:

On or about January 7, 2025, in the District of Massachusetts, the defendant,

ANGEL LUIS MORALES TORRES,

did knowingly and willfully damage and disable a JetBlue Airbus A320 aircraft, registration number N634JB, which was a civil aircraft used, operated, and employed in interstate commerce.

All in violation of Title 18, United States Code, Section 32(a)(1).

1

A TRUE BILL

_____
FOREPERSON

_____
LAUREN MAYNARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 13, 2025
Returned into the District Court by the Grand Jurors and filed.

_____ 1:25pm
DEPUTY CLERK